```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

     - v. -                         :
                                              08 Cr.
MU SHENG LIN,                       :
a/k/a "Big Eye,"
                                    :
               Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 9 2008
INDICTMENT

08 CRIM 241

COUNT ONE

The Grand Jury charges:

1. From approximately in or about January 2008, up through and including on or about March 6, 2008, in the Southern District of New York and elsewhere, MU SHENG LIN, a/k/a "Big Eye," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MU SHENG LIN, a/k/a "Big Eye," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing N-benzylpiperazine (commonly known as "BZP"), in violation of Title 21, United States Codes, Sections 812, 841(a)(1), and 841(b)(1)(C).

Overt Act

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a.  On or about March 6, 2008, MU SHENG LIN, a/k/a "Big Eye," the defendant, distributed a bag containing N-benzylpiperazine to another individual, in New York, New York.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4.  On or about March 6, 2008, in the Southern District of New York, MU SHENG LIN, a/k/a "Big Eye," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing N-benzylpiperazine (commonly known as "BZP").

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

FORFEITURE ALLEGATION

5.  As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, MU SHENG LIN, a/k/a "Big Eye," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of

the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

      6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

      (Title 21, United States Code,
      Sections 841(a)(1), 846, and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MU SHENG LIN, a/k/a "Big Eye,"

Defendant.

INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(C), and 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Thomas P. Enga*
Foreperson.

3/19/08 Filed Indictment Case assigned to Judge Daniels
JT
Pitman
U.S.M.J.