

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 20, 2008

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

MAR 2 4 2008

**By Facsimile**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

    Re:    United States v. Mu Sheng Lin, a/k/a "Big Eye"
             08 Cr. 241 (GBD)

Dear Judge Daniels:

    I write respectfully on behalf of the Government in the above-referenced case. The defendant was arraigned earlier today in Magistrate's Court before the Honorable Henry B. Pitman. I write respectfully to confirm that Your Honor has scheduled the defendant's initial pretrial conference for Wednesday, April 2, 2008, at 9:45 a.m.

    I further respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from today until April 2, 2008. The purpose of the requested exclusion is to allow the Government to begin preparing discovery in this case. Defense counsel, Ronald E. Kleigerman, Esq., consents to this request.

    I appreciate Your Honor's consideration of these matters.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

          By:    *J.P.C.*

                        John P. Cronan
                        Assistant United States Attorney
                        Tel.: (212) 637-2779
                        Fax: (212) 637-2390

cc:    Ronald E. Kliegerman, Esq.
        *By facsimile*