


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 6 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 14, 2008

**By Facsimile**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**

The conference is adjourned to
June 17, 2008 at 9:45 a.m.

MAY 1 5 2008 *George B. Daniels*

**HON. GEORGE B. DANIELS**

Re: United States v. Mu Sheng Lin, a/k/a "Big Eye"
08 Cr. 241 (GBD)

Dear Judge Daniels:

I write respectfully on behalf of the Government in the above-referenced case. The parties are engaging in discussions regarding a possible disposition of this case, and request that the Court schedule the next pretrial conference for Tuesday, June 17, 2008.

I further respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from today until June 17, 2008. The purpose of the requested exclusion is for the ongoing plea discussions between the parties. Defense counsel, Ronald E. Kleigerman, Esq., consents to this request.

I appreciate Your Honor's consideration of these matters.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *John P. Cronan*

John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2390

cc: Ronald E. Kliegerman, Esq.
*By facsimile*