# KLIEGERMAN & JOSEPH, LLP

ATTORNEYS AT LAW
TWO RECTOR STREET - 20TH FLOOR
NEW YORK, NEW YORK 10006
EMAIL: KliegermanJoseph@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2008

MICHAEL P. JOSEPH
RONALD E. KLIEGERMAN

NORBERT WEISSMAN

(212) 964-2500
(212) 962-4466
FAX (212) 587-0075

July 28, 2008

Hon. George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED**
The conference is adjourned to
September 10, 2008 at 10:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re:  United States v. Mu Sheng Lin
     08 Cr. 241 (GBD)

Dear Judge Daniels:

I am writing to respectfully request that the above-referenced case be adjourned for status conference or entry of a guilty plea to September 10, 2008.

We are actively engaged in plea discussions with the government and I believe that the additional time will be productive in resolving this matter. The defendant consents to the exclusion to time pursuant to the Speedy Trial Act, Title 18, U.S.Code § 3161(h )(8)(A) up to the requested date of September 10, 2008. Mr. John P. Cronan, Assistant United States Attorney, consents to this request.

Thank you for your consideration of this application.

Respectfully submitted,

*Ronald Kliegerman*
Ronald E. Kliegerman

REK/bc

cc: AUSA John P. Cronan